United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN et al, | No   C-03-5030 VRW |
|     Plaintiffs, | ORDER |
|     v | |
| BLAIR EXCAVATORS, INC et al, | |
|     Defendant._____/ | |

        Plaintiffs have filed a motion pursuant to FRCP 25(a) to substitute Deborah Jean Blair ("Deborah Blair") for her deceased husband, defendant Victor A Blair.  Doc #36.  The motion is noticed for hearing on June 2, 2005, at 2:00 pm.  Deborah Blair was served with this motion, see Doc #36 Att 4; Doc #37 (proofs of service), but has failed to respond in the time provided in Civ L R 7-3(a).  Accordingly, Deborah Blair is ORDERED TO SHOW CAUSE in writing by June 13, 2005, why plaintiffs' motion should not be treated as

/

/

/

unopposed. Plaintiffs shall serve a copy of this order on Deborah Blair forthwith. The hearing set for June 2, 2005, is VACATED.

      IT IS SO ORDERED.

**VAUGHN R WALKER**

**United States District Chief Judge**