Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: joye.blanscett@bullivant.com
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NOTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BLAIR EXCAVATING, INC., a California corporation; et. al.<br><br>                    Defendants. | Case No.: C-03-5030 VRW<br><br>**PLAINTIFFS' REQUEST FOR ORDER OF DISMISSAL; ORDER THEREON** |

/ / /

/ / /

/ / /

/ / /

-1-
PLAINTIFFS' REQUEST FOR ORDER OF DISMISSAL; ORDER THEREON

Plaintiffs Trust Funds respectfully request that this Court issue an Order of Dismissal, dismissing this action, without prejudice, as against Defendants BLAIR EXCAVATING, INC., a California corporation; and DEBORAH JEAN BLAIR, an Individual. Said dismissal is sought on the grounds that Defendant Blair Excavating, Inc. has ceased business operations, and Plaintiffs have been unable to locate and serve Deborah Jean Blair, who was substituted in as a defendant for Victor A. Blair following his death.

DATED: February 20, 2007

BULLIVANT HOUSER BAILEY PC

By _____
　　Joye Blanscett
　　Attorneys for Plaintiffs

## ORDER OF DISMISSAL

Based on the foregoing and good cause appearing therefore:

IT IS HEREBY ORDERED that this action, in its entirety, be dismissed, without prejudice, as against BLAIR EXCAVATING, INC., a California corporation; and DEBORAH JEAN BLAIR, an Individual. Each side is to bear its own attorneys' fees and costs.

DATED: February 26, 2007

By _____
　　VAUGHN R. WALKER
　　UNITED STATES DISTRICT CHIEF JUDGE

6076470.1

-2-
PLAINTIFFS' REQUEST FOR ORDER OF DISMISSAL; ORDER THEREON